The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center;

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and UNITED STATES CUSTOMS AND BORDER PROTECTION;

        Defendants.

No. 2:18-cv-01396-BJR

JOINT STATUS REPORT

Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, and ANGELINA GODOY (collectively "the UWCHR"), filed the above-captioned lawsuit under the Freedom of Information Act (the "FOIA") against Defendants DEPARTMENT OF HOMELAND SECURITY (the "DHS"), IMMIGRATION AND CUSTOMS ENFORCEMENT (the "ICE"), and CUSTOMS AND BORDER PROTECTION (the "CBP") (collectively "Defendants") seeking the disclosure of certain documents related to the federal government's treatment of undocumented immigrants in the state of Washington. The parties submit this joint status report pursuant to Court's March 11, 2019 order.

JOINT STATUS REPORT -1-

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Since this lawsuit was filed, ICE has the begun a process of locating and producing documents responsive to Plaintiffs' FOIA requests.  On February 22, 2019, ICE provided Plaintiffs with a letter and a document production.  On March 12, 2019, Plaintiffs responded to ICE's production with a letter articulating certain deficiencies in ICE's production.  Plaintiffs' counsel and ICE's counsel intend to schedule a call during the coming week to discuss these matters and potentially resolve the dispute.  Additionally, the parties have conferred regarding CBP's search for responsive documents.  CBP expressed concern regarding the volume of documents Plaintiffs requested and asked Plaintiffs to agree to a sampling or responsive data.  Plaintiffs are currently considering CBP's request and intend to respond within the coming week.

The parties intend to continue to work together cooperatively to avoid any unnecessary motion practice.  To do so, the parties request an additional 45 days to resolve any outstanding concerns.  The parties request that the Court allow them to file another joint status report on or before May 13, 2019.

DATED this 29th day of March, 2019.

Davis Wright Tremaine LLP
Special Assistant Attorneys General

By */s/ Jordan Clark*
Jordan Clark, WSBA #49659
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-3150
Fax: (206) 757-7700
E-mail: jordanclark@dwt.com

Thomas R. Burke*
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6552
Fax: (415) 276-6599
E-mail: thomasburke@dwt.com

*Attorneys for Plaintiffs*

JOINT STATUS REPORT -2-

Brian T. Moran
United States Attorney

By */s/ Michelle R. Lambert*
    Michelle R. Lambert
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, WA 98101
    Telephone: (206) 553-4985
    Email: michelle.lambert@usdoj.gov

    *Attorneys for Defendants*

JOINT STATUS REPORT -3-

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**PROOF OF SERVICE**

I hereby certify that on 29th day of March, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michelle Lambert
michelle.lambert@usdoj.gov

Sherri Parsons
Sherri Parsons

JOINT STATUS REPORT -4-

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax