The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, *et al.*, <br><br>        Plaintiffs, <br><br>    v. <br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>        Defendants. | CASE NO.  2:18-cv-01396-BJR <br><br> STIPULATED MOTION TO EXTEND TIME TO RESPOND AND [PROPOSED] ORDER <br><br>**Noted on motion calendar: February 27, 2020** |

## JOINT STIPULATION

Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, and ANGELINA GODOY (collectively "the UWCHR"), filed the above-captioned lawsuit under the Freedom of Information Act (the "FOIA") against Defendants DEPARTMENT OF HOMELAND SECURITY ("DHS"), IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), and CUSTOMS AND BORDER PROTECTION ("CBP") (collectively "Defendants") seeking the disclosure of certain documents related to the federal government's treatment

STIPULATED MOTION TO EXTEND TIME TO RESPOND  
*Univ. of Wash. v. DHS*, C18-1396-BJR - 1

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

of undocumented immigrants in the state of Washington. In the last status report, the parties requested a briefing schedule to resolve the remaining open FOIA request between UWCHR and ICE. Dkt. No. 35, Joint Status Report, at 3. Pursuant to this request, the Court issued a briefing schedule requiring UWCHR's motion to be filed by February 14, 2020; ICE's response to be filed by March 2, 2020; and UWCHR's reply by March 9, 2020. Dkt. No. 36, Order. UWCHR timely filed its motion to compel. Dkt. No. 37.

Since the filing, the parties have conferred and believe a resolution of this issue may be possible without the need for additional judicial intervention. However, to do so, the parties need to continue discussions concerning the scope of ICE's potential response and schedule, which requires the involvement of ICE's attorney who has knowledge of the case and remaining issues. Unfortunately, ICE's assigned attorney will be unavailable from March 1, 2020 until March 9, 2020. Although the parties are making a good faith effort to come to an agreement on the open FOIA request prior to her departure, the parties, through their counsel, jointly request that the Court extend ICE's time to respond to UWCHR's motion to compel in order to provide sufficient time for discussions to happen. The parties request that the Court extend ICE's response filing deadline from March 2, 2020 until March 13, 2020; and UWCHR's time to reply from March 9, 2020 until March 20, 2020. The parties also ask that the noting date be extended to March 20, 2020. If a resolution is reached, UWCHR shall withdraw the motion to compel.

STIPULATED MOTION TO EXTEND TIME TO RESPOND
*Univ. of Wash. v. DHS*, C18-1396-BJR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST that the Court extend ICE's time to respond to the motion to compel to March 13, 2020, and extend UWCHR's time to reply to March 20, 2020.

**SO STIPULATED.**

Dated this 27th day of February, 2020.

                                                Respectfully submitted,

                                  Davis Wright Tremaine LLP
                                  Special Assistant Attorneys General

                                By */s/ Jordan Clark*
                                      Jordan Clark, WSBA #49659
                                      920 Fifth Avenue, Suite 3300
                                      Seattle, WA 98104-1610
                                      Telephone: (206) 757-3150
                                      E-mail: jordanclark@dwt.com

                                      *Attorneys for Plaintiffs*

                                      Brian T. Moran
                                  United States Attorney

                                By */s/ Michelle R. Lambert*
                                      Michelle R. Lambert, NY#4666657
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      1201 Pacific Ave, Suite 700
                                      Tacoma, WA 98101
                                      Telephone: (253) 428-3824
                                      Email: michelle.lambert@usdoj.gov

                                      *Attorneys for Defendants*

STIPULATED MOTION TO EXTEND TIME TO RESPOND
*Univ. of Wash. v. DHS*, C18-1396-BJR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

The Parties having so stipulated and agreed, the Court hereby ORDERS that ICE' Response to Plaintiffs' Motion to Compel (Dkt. No. 37) is due no later than March 13, 2020; and Plaintiffs' Reply is due no later than March 20, 2020.  The motion is noted for March 20, 2020.

DATED this _____ day of _____, 2020.

_____
DISTRICT JUDGE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT

STIPULATED MOTION TO EXTEND TIME TO RESPOND
*Univ. of Wash. v. DHS*, C18-1396-BJR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970