The Honorable Barbara J. Rothstein

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

THE UNIVERSITY OF WASHINGTON, *et al.*,

                                    Plaintiffs,

        v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

                                    Defendants.

CASE NO.  2:18-cv-01396-BJR

STIPULATED MOTION TO
EXTEND TIME TO REPLY AND
ORDER

16

## JOINT STIPULATION

17

18

19

20

21

22

23

24

25

26

27

        Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN

RIGHTS AT THE UNIVERSITY OF WASHINGTON, and ANGELINA GODOY

(collectively "the UWCHR"), filed the above-captioned lawsuit under the Freedom of

Information Act (the "FOIA") against Defendants DEPARTMENT OF HOMELAND

SECURITY ("DHS"), IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), and

CUSTOMS AND BORDER PROTECTION ("CBP") (collectively "Defendants") seeking the

disclosure of certain documents related to the federal government's treatment of undocumented

immigrants in the state of Washington.  In the last status report, the parties requested a briefing

schedule to resolve the remaining open FOIA request between UWCHR and ICE.  Dkt. No. 35,

STIPULATED MOTION TO EXTEND TIME - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Joint Status Report, at 3.  Pursuant to this request, the Court issued a briefing schedule requiring UWCHR's motion to be filed by February 14, 2020; ICE's response to be filed by March 2, 2020; and UWCHR's reply by March 9, 2020.  Dkt. No. 36, Order.  UWCHR timely filed its motion to compel.  Dkt. No. 37.  The parties stipulated to extend time on February 27, 2020 (Dkt. No. 38) and ICE timely filed its response brief on March 13, 2020 (Dkt. Nos. 40-41).

The parties have continued to confer since the Court's last extension and still believe a resolution of this issue may be possible without the need for additional judicial intervention. However, to do so, the parties need to continue discussions concerning the scope of ICE's potential ability to produce information UWCHR sought in their FOIA request concerning I-213s.  The parties believe they may be able to achieve additional clarity on this point and a potential resolution before the filing of additional briefing, but need additional time to do so. The parties therefore jointly request that the Court extend UWCHR's filing deadline for a reply brief from March 20, 2020 to March 30, 2020.  The parties also ask that the noting date be extended to April 5, 2020.  If a resolution is reached, UWCHR shall withdraw the motion to compel.

Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST that the Court extend UWCHR's time to file a reply brief to March 30, 2020.

STIPULATED MOTION TO EXTEND TIME - 2

**SO STIPULATED.**

Dated this 18th day of March, 2020.

Respectfully submitted,
Davis Wright Tremaine LLP
Special Assistant Attorneys General

By */s/ Jordan Clark*
Jordan Clark, WSBA #49659
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-3150
E-mail: jordanclark@dwt.com

*Attorneys for Plaintiffs*

Brian T. Moran
United States Attorney

By */s/ Michelle R. Lambert*
Michelle R. Lambert, NY#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98101
Telephone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED MOTION TO EXTEND TIME - 3

1

2

**ORDER**

3
       The Parties having so stipulated and agreed, the Court hereby ORDERS that

4
UWCHR'S reply brief is due no later than March 30, 2020.

5

6
DATED this 19th day of March, 2020.

7

8

9
DISTRICT JUDGE BARBARA J. ROTHSTEIN

10
UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO EXTEND TIME - 4