The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al., | No. 2:18-CV-01396-BJR |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, and ANGELINA GODOY (collectively "the UWCHR"), filed the above-captioned lawsuit under the Freedom of Information Act (the "FOIA") against Defendants DEPARTMENT OF HOMELAND SECURITY ("DHS"), IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"), and CUSTOMS AND BORDER PROTECTION ("CBP") (collectively "Defendants") seeking the disclosure of certain documents related to the federal government's treatment of undocumented immigrants in the state of Washington. The parties submit this joint status report pursuant to the Court's January 29, 2020 minute order. Dkt. No. 36.

JOINT STATUS REPORT - 1
4850-4195-8066v.1 0200873-000003

Since the last status report, the parties continue to progress towards settlement of this matter.  CBP and ICE provide the updates below of their continued work towards a resolution of the outstanding FOIA requests.

First, as the Court is aware, CBP agreed to produce spreadsheets detailing the requested information from the I-44s and I-213s Plaintiffs requested, as well as a sampling of one out of every twenty of the requested I-44s and I-213s.  CBP has produced the I-44 and the I-213 spreadsheets.  Since the production of the spreadsheets, CBP has been processing the sample set of the I-44s and I-213s, which required CBP personnel to review each separate document and redact certain exempt information.   CBP is reviewing the I-44 sample production, as Plaintiffs have notified CBP that additional records are required to meet the agreed upon number.  CBP has produced all but one record in the I-213 sample set, which will be produced shortly.  With the exception of any challenges to redactions, the parties agree that CBP's production of the spreadsheets and sample documents will resolve the FOIA request claims in the complaint.

Second, Plaintiffs and ICE have continued to work towards a resolution of six of the eight FOIA requests named in the complaint.[1]  The parties resolved FOIA request 2018-ICFO-20585 in July.  Since then, the parties have resolved three more FOIA requests and are awaiting ICE's completion of its review and production.  First, in regards to the FOIA request concerning Significant Incident Reports ("SIRs") and Field Operations Worksheets ("FOWs"), FOIA request 2018-ICFO-14210, ICE completed its search and produced 509 pages of records on November 22, 2019.  ICE made the following additional productions: 518 pages of records on December 23, 2019; 501 pages of records on January 21, 2020; 582 pages of records on

---

[1] For FOIA requests 2018-ICFO-31336 and 2018-ICFO-36170, ICE is prepared to brief its searches and withholdings if Plaintiffs choose to litigate these requests further.

JOINT STATUS REPORT - 2
4850-4195-8066v.1 0200873-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

February 21, 2020; and a final production of 596 pages of records on March 24, 2020.  Second, for 2018-ICFO-25873, the request pertaining to grievances, ICE processed 575 pages of potentially responsive records by interim response dated October 4, 2019.  ICE made the additional following productions: 520 pages of records on December 4, 2019; 543 pages of records on January 6, 2020; 540 pages of records on February 4, 2020; and 525 pages of records on March 12, 2020.  ICE will continue to process records at a rate of 500 pages, and will produce any responsive, non-exempt records monthly.  Third, regarding FOIA request 2018-ICFO-34231, ICE made a final production of 98 pages of records to Plaintiffs on February 4, 2020.  Regarding FOIA request 2018-ICFO-00515, the request pertaining to segregation, as previously stated, ICE is working to locate records; however, the process of retrieving the records the Plaintiffs seek has proven to be burdensome.  In an effort to continue working with the Plaintiffs, ICE processed and produced a sample of 73 pages of records on February 21, 2020.  The parties will discuss next steps in an attempt to narrow any remaining issues.

In regards to FOIA request 2018-ICFO-14208, Plaintiffs filed a motion to compel the production of all Form I-213s from ICE's Seattle Field Office, dated since January 1, 2012.  Dkt. No. 37.  ICE opposed this motion.  Dkt. No. 40.  Throughout this process, the parties continue to discuss a potential resolution that would negate the necessity of a judicial determination on the motion.  The motion is currently noted for March 30, 2020.

Because the parties continue to make headway on resolving a substantial portion of this case, they ask the Court to allow them an additional sixty (60) days to work towards resolving the FOIA requests discussed above.  This will allow the parties to avoid utilizing the Court's resources prematurely.  For good cause, the parties respectfully request that the Court allow them to file another joint status report on or before May 22, 2020.

JOINT STATUS REPORT - 3
4850-4195-8066v.1 0200873-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 24th day of March, 2020.

Davis Wright Tremaine LLP
Special Assistant Attorneys General

By */s/ Jordan Clark*
Jordan Clark, WSBA #49659
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: (206) 757-3150
E-mail: jordanclark@dwt.com

*Attorneys for Plaintiffs*

Brian T. Moran
United States Attorney

By */s/ Michelle R. Lambert*
Michelle R. Lambert, NY#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98101
Telephone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

JOINT STATUS REPORT - 4
4850-4195-8066v.1 0200873-000003

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax