The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. 2:18-CV-01396-BJR <br><br> **JOINT STATUS REPORT** |

Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, and ANGELINA GODOY (collectively "the UWCHR"), and Defendant IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE") submit this joint status report pursuant to the Court's April 21, 2020 order.  ECF No. 52.

The parties' counsel met and conferred regarding ICE's production of Forms I-213 on April 22, 2020.  Counsel subsequently exchanged multiple emails discussing the terms of a potential agreement on the volume of Forms I-213 ICE would produce and an appropriate production schedule.  The parties reached an agreement on May 4, 2020, the terms of which are outlined in the stipulated order filed concurrently with this joint status report.  The parties respectfully request that the court enter the stipulated order.

JOINT STATUS REPORT - 1

DATED this 4th day of May, 2020.

       Davis Wright Tremaine LLP
       Special Assistant Attorneys General

       By */s/ Jordan Clark*
        Jordan Clark, WSBA #49659
        920 Fifth Avenue, Suite 3300
        Seattle, WA  98104-1610
        Telephone: (206) 757-3150
        E-mail: jordanclark@dwt.com

       *Attorneys for Plaintiffs*

       Brian T. Moran
       United States Attorney

       By */s/ Michelle R. Lambert*
        Michelle R. Lambert, NY#4666657
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Ave, Suite 700
        Tacoma, WA 98101
        Telephone: (253) 428-3824
        Email: michelle.lambert@usdoj.gov

       *Attorneys for Defendants*

JOINT STATUS REPORT - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax