The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. 2:18-CV-01396-BJR <br><br> **STIPULATION AND ORDER REGARDING DEFENDANT ICE'S PRODUCTION OF FORMS I-213** |

## STIPULATION

Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, and ANGELINA GODOY (collectively "the UWCHR"), and Defendant IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE") hereby stipulate that ICE will complete the items delineated below to resolve the parties' dispute over UWCHR's FOIA Request ICE0010, ICE FOIA tracking number 2018-ICFO-14208, which sought "Copies of Form I-213 ('Record of Deportable/Inadmissible Alien') created on or after January 1, 2012 for each individual detained or taken into custody by staff from ICE's Seattle field office [and] each individual transferred to the custody for staff from ICE's Seattle field office by CBP, or by state or local law enforcement officials." *See* ECF No. 1, ¶ 49.  UWCHR reserves the right to challenge the

ORDER - 1

propriety of redactions or other withholdings on summary judgment after reviewing ICE's full production.

1. ICE will produce all Forms I-213 for the Seattle Area of Responsibility (AOR) for the period of January 1, 2019 through March 31, 2020;

2. ICE will process and produce 500 pages of the Forms I-213 on May 8, 2020. Thereafter, ICE will process and produce 2,000 pages of the Forms I-213 on the 8th of each subsequent month (or the next business day if the 8th falls on a holiday or weekend) until ICE has produced all Forms I-213 for the Seattle AOR for the period of January 1, 2019 through March 31, 2020;

3. ICE will produce an updated spreadsheet reflecting the same information as a spreadsheet ICE previously produced to UWHCR containing the following pages and fields:

   a) <u>Summary Page</u>: This page of the spreadsheet will show:

   i) total Enforcement and Removal Operations' (ERO) administrative arrests for the Seattle area from January 1, 2012 to March 31, 2020;

   ii) total ICE initial book ins for the Seattle area from January 1, 2012 to March 31, 2020; and

   iii) total ICE removals for the Seattle area from January 1, 2012 to March 31, 2020.

   b) <u>Arrests Page</u>: This page of the spreadsheet will show the following fields for ERO's administrative arrests for the Seattle AOR (subject to ICE redactions) from January 1, 2012 through March 31, 2020:

   i) Arrest date;

   ii) Date of birth;

   iii) Gender;

   iv) County of citizenship;

ORDER - 2

1  v) Event number;
2  vi) Apprehension landmark;
3  vii) Arrest method;
4  vii) Most serious conviction.
5  c) Book Ins Page: This page of the spreadsheet will show the following fields for initial book ins for the Seattle AOR (subject to ICE redactions) from January 1, 2012 through March 31, 2020:
   i) Book in date;
   ii) Date of birth;
   iii) Gender;
   iv) County of citizenship;
   v) Detention facility;
   vi) Apprehension method;
   vii) Most serious conviction.
  d) Expedited Removals Page: This page of the spreadsheet will show the following fields for expedited removals for the Seattle AOR (subject to ICE redactions) from January 1, 2012 through March 31, 2020:
   i) Departed date;
   ii) Date of birth;
   iii) Gender;
   iv) County of citizenship;
   v) Event number;
   vi) Most serious conviction;
   vii) Case category.
  e) Other Removals Page: This page of the spreadsheet will show the following fields for other removals for the Seattle AOR (subject to ICE redactions) from January 1, 2012 through March 31, 2020:

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

        i)      Departed date;

        ii)     Date of birth;

        iii)    Gender;

        iv)    County of citizenship;

        v)     Event number;

        vi)    Most serious conviction;

        vii)   Case category.

DATED this 4th day of May, 2020.

| Davis Wright Tremaine LLP<br>Attorneys for Plaintiffs | Brian T. Moran, United States Attorney<br>Attorneys for Defendants |
|---|---|
| By: */s/ Jordan Clark* ¬<br>    Jordan Clark, WSBA #49659<br>    920 Fifth Avenue, Suite 3300<br>    Seattle, WA 98104-1610<br>    Telephone: (206) 622-3150<br>    Email: jordanclark@dwt.com<br><br>    Thomas R. Burke (*Pro Hac Vice*)<br>    505 Montgomery Street, Suite 800<br>    San Francisco, CA 94111-6533<br>    Telephone: (415) 276-6552<br>    Email: thomasburke@dwt.com | By: */s/ Michelle R. Lambert*<br>    Michelle R. Lambert<br>    Assistant United States Attorney<br>    United States Attorney's Office<br>    1201 Pacific Ave, Suite 700<br>    Tacoma, WA 98101<br>    Telephone: (253) 428-3824<br>    Email: michelle.lambert@usdoj.gov |

**ORDER**

IT IS SO ORDERED this 7th day of May, 2020.

*Barbara J. Rothstein*

The Honorable Barbara J. Rothstein
United States District Court Judge

ORDER - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3200
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax