UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No.  2:18-cv-1396-BJR <br><br> ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

Plaintiffs filed this action under the Freedom of Information Act on September 21, 2018. The last proceeding of record in this case occurred on May 7, 2020, when the Court entered a Stipulation and Order Regarding Defendant ICE's Production of Forms I-213.  Dkt. No. 55.  It is unclear to the Court whether any issues remain to be resolved in this case.  In addition, Local Civil Rule 41(b)(1) provides that "[a]ny case that has been pending in this court for more than nine months without any proceeding of record having been taken may be dismissed by the court on its own motion for lack of prosecution."

Therefore, Plaintiffs are ORDERED to show cause by August 13, 2021, why the Court should not dismiss this case for lack of prosecution.  If the parties have resolved all claims in this matter, they may file a stipulation and proposed order of dismissal in lieu of a response to the Order to Show Cause.

ORDER TO SHOW CAUSE - 1

If Plaintiffs have any remaining claims identified in their complaint that they wish to pursue, Plaintiffs should meet and confer with Defendants to determine whether the parties can agree upon a proposed schedule for resolving such claims, and present any proposed schedule in their response to this Order to Show Cause.

DATED this 28th day of July, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER TO SHOW CAUSE - 2