UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SATES DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | No. 2:18-cv-1396-BJR <br><br> ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT |

Having reviewed the parties' response to the Court's Order to Show Cause Why Case Should Not Be Dismissed, the Court ORDERS the parties to submit a joint status report by October 12, 2021. The joint status report must include a proposed schedule for resolving any remaining issues in this case.

DATED this 14th day of September, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1