District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE UNIVERSITY OF WASHINGTON, a
Washington state agency; THE CENTER FOR
HUMAN RIGHTS AT THE UNIERSITY OF
WASHINGTON, a research center created by
state law; and ANGELINA GODOY, director
of the Center;

                    Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; UNITED
STATES IMMIGRATION AND CUSTOMS
ENFORCEMENT; and UNITED STATES
CUSTOMS AND BORDER PROTECTION;

                    Defendants.

Case No. 18-cv-1396-BJR

JOINT STATUS REPORT AND
[PROPOSED] ORDER

**Noted on Motion Calendar:
September 27, 2021**

The Parties hereby provide a joint status report notifying the Court of their settlement of Plaintiffs' claim for attorneys' fees and costs.

Since the last status update, the parties entered into a settlement agreement that resolves Plaintiffs' only remaining claim. However, the settlement agreement provides that the parties will stipulate to dismissal of the case after Defendants fulfill payment. To permit time to process and remit payment, the Parties jointly propose that they file either

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 18-cv-1396-BJR
PAGE- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

a joint status report or a stipulation to dismiss the case on or before December 27, 2021.

Dated this 27th day of September, 2021.

TESSA M. GORMAN
Acting United States Attorney

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS
#4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98406
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

DAVIS WRIGHT TREMAINE LLP

*/s/ Thomas R. Burke*
THOMAS R. BURKE (*pro hac vice*)
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: (415) 276-6552
E-mail: thomasburke@dwt.com
*Attorneys for Plaintiffs*

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 18-cv-1396-BJR
PAGE- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

## [PROPOSED] ORDER

It is hereby **ORDERED** that:

The parties shall file a stipulation to dismiss the case or a joint status report on or before December 27, 2021.

DATED this _____ day of _____, 2021.

_____
BARBARA J. ROTHSTEIN
United States District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
Case No. 18-cv-1396-BJR
PAGE- 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970