District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington State agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and ANGELINA GODOY, director of the Center;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; and UNITED STATES CUSTOMS AND BORDER PROTECTION;<br><br>Defendants. | CASE NO. C18-1396-BJR<br><br>STIPULATED ORDER FOR DISMISSAL |

The parties have settled Plaintiffs' claims for attorneys' fees and costs.  Now that all claims concerning the FOIA requests specifically referenced in Plaintiffs' complaint in the above-captioned action have been settled, the parties, through their undersigned counsel and

STIPULATED ORDER FOR DISMISSAL - 1
(CASE NO. C18-1396-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

respective attorneys of record, now hereby stipulate to the dismissal with prejudice of the above-captioned action.

DATED this 3rd day of December, 2021.

        DAVIS WRIGHT TREMAINE LLP
        Special Assistant Attorneys General

By */s/ Thomas R. Burke*
    Thomas R. Burke (admitted *pro hac vice*)
    505 Montgomery Street, Suite 800
    San Francisco, CA 94111-6533
    Telephone: (415) 276-6552
    Fax: (415) 276-6599
    E-mail: thomasburke@dwt.com

*Attorneys for Plaintiffs*

NICHOLAS W. BROWN
United States Attorney

By */s/ Michelle R. Lambert*
    Michelle R. Lambert, NYS #4666657
    Assistant United States Attorney
    United States Attorney's Office
    1201 Pacific Avenue, Suite 700
    Tacoma, Washington 98406
    Phone: (253) 428-3824
    Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*

STIPULATED ORDER FOR DISMISSAL - 2
(CASE NO. C18-1396-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED and this action is dismissed with prejudice.

Dated this 3rd day of December, 2021.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED ORDER FOR DISMISSAL - 3
(CASE NO. C18-1396-BJR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970